### DILBECK v. FRANCIS et al.

No. 8831—Opinion Filed Jan. 9, 1917.

(162 Pac. 488.)

(Syllabus by the Court.)

**Appeal and Error — Perfection of Appeal — Dismissal.**

Where the petition in error is not filed in the Supreme Court within six months from the rendition of the judgment or final order complained of as required by chapter 18, Sess. Laws 1910-11, the appeal will be dismissed.

Error from District Court, McClain County; F. B. Swank, Judge.

Action by Benjamin H. Dilbeck against William C. Francis and others. There was a judgment for defendants, and plaintiff brings error. Dismissed.

J. W. Bartholomew and C. G. Moore, for plaintiff in error.

Franklin & Mauldin, for defendants in error.

PER CURIAM. Plaintiff in error brought this action in the district court of McClain county against defendants in error to have set aside and canceled certain deeds and mortgages and to quiet title to certain described lands. Judgment was rendered in favor of defendants. Motion for new trial was overruled on June 27, 1916. Petition in error with case-made attached was filed in this court on December 28, 1916.

It is urged that this appeal should be dismissed because not brought within the time provided by statute. It clearly appears that the appeal was not brought within six months from the rendition of the judgment or final order sought to be reviewed. and for that reason the appeal is dismissed. Colter v. Martin, 43 Okla. 618, 143 Pac. 660; Comanche Mer. Co. v. Curlee Clothing Co., 44 Okla. 73, 143 Pac. 190; Phillips v. Dillingham, 44 Okla. 102, 144 Pac. 363.

Dismissed.